IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RE: FRED A. WILLIAMS, JR.,            CHAPTER 13
                                                     CASE NO. 09-30299-DHW-13

DEBTOR.

## MOTION FOR RELIEF FROM STAY

       COMES NOW a Creditor in this cause, SOUTHTRUST MORTGAGE, WACHOVIA BANK(F/K/A SOUTHTRUST BANK) WACHOVIA BANK, WACHOVIA MORTGAGE, by and through its undersigned attorney, and respectfully moves this Honorable Court to enter an Order lifting the automatic stay to allow said Creditor to proceed with foreclosure. For cause, said party submits the following:

1. FRED A. WILLIAMS, JR. filed a Petition under Chapter 13 of the United States Bankruptcy Code on or about February 6, 2009.

2. Movant is the holder of a secured claim against the Debtor, FRED A. WILLIAMS, JR., for the original principal amount of $140,000.00.

3. The Note evidencing this debt is attached hereto as Exhibit "A." The Mortgage or Security Agreement is attached hereto as Exhibit "B" and made a part hereof by reference. Movant has a valid security interest in, or lien on, certain real property used to secure the repayment of said debt, as described in Exhibit "B."

4. The Debtor's account with Movant is delinquent for the post-petition payments due September 2009 and thereafter. The last payment was received and applied to the payment due August 2009.

5. Movant does not have, and has not been offered, adequate protection for its interest in the real property subject to said Mortgage.

6. Movant, as holder of the mortgage, considers its interest in said real property to be threatened by Debtor's failure and refusal to pay current regular monthly payments as required in the mortgage.

7. Debtor has no realizable equity in the real property described above.

8. Movant, as holder of the mortgage, has no reasonable prospects for protection of its interest other than through foreclosure.

9. If the Movant is not permitted to foreclose its lien or security interest in said property, it will suffer irreparable injury, loss and damage.

10. The Note and Mortgage evidencing the debt owed and the security interest therein allow for recovery of reasonable attorney fees and costs. The Creditor herein has been required to expend attorney fees and costs in initiating and prosecuting this Motion for Relief in the amount of $750.00.

  WHEREFORE, Movant further prays that, upon final hearing of this Motion for Relief from Stay, this Honorable Court would enter an order lifting the stay immediately, awarding the Creditor fees and costs associated with this Motion for Relief from Stay, and, further, that the Court order the ten day stay of Rule 4001 (a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply.

OF COUNSEL:

| | |
|---|---|
| STEPHENS, MILLIRONS, HARRISON & GAMMONS<br>2430 L&N Drive<br>P.O. Box 307<br>Huntsville, Alabama 35804<br>(256)533-7711 | BY: /S/STEVEN J. SHAW<br>STEVEN J. SHAW, SHAWS 2556<br>Attorney for Movant |

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been served upon the Debtor, FRED A. WILLIAMS, JR., 103 N. Lewis Street, Montgomery, Alabama 336107, and the attorney of record for the Debtor, VONDA S. MCLEOD, Post Office Box 201, Montgomery, Alabama 36101, and the trustee of record for the Debtor, CURTIS C. REDING, Post Office Box 173, Montgomery, Alabama 36101, by forwarding a copy of the same to said by U.S. Mail, properly addressed with postage prepaid.

  Dated this 30th day of September, 2009.

              S/STEVEN J. SHAW
              STEVEN J. SHAW